**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **CATHERINE GIERBOLINI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-558 (CMH/TCB) |
| ) | |
| **SCIENCE APPLICATIONS** ) | |
| **INTERNATIONAL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE TO PLAINTIFF OF DISPOSITIVE MOTION

Please take Notice that, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), and Local Rule 7(K), Defendant Science Applications International Corporation ("SAIC") hereby provides you with the following warning:

1. You are entitled to file a response opposing SAIC's Motion to Dismiss. Any such response must be filed within twenty-one (21) days of the date on which the Motion was filed.

2. The Court could dismiss this action on the basis of SAIC's papers if you do not file a response.

3. You must identify all facts stated by SAIC with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4. You are also entitled to file a legal brief in opposition to the Motion to Dismiss filed by SAIC.

2

Dated: August 1, 2012               Respectfully submitted,

                                    _____/s/_____
                                    Edward Lee Isler, Va. Bar No. 27985
                                    eisler@islerdare.com
                                    Lori H. Turner, Va. Bar No. 68732
                                    lturner@islerdare.com
                                    Lindsay B. Burke, Va. Bar No. 72773
                                    lburke@islerdare.com
                                    ISLER DARE RAY RADCLIFFE & CONNOLLY, P.C.
                                    1945 Old Gallows Road, Suite 650
                                    Vienna, Virginia 22182
                                    Phone: (703) 748-2690
                                    Fax: (703) 748-2695

                                    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2012, a true and accurate copy of the foregoing was served by first-class mail to the following address:

>Catherine Gierbolini
>#2 Calle Celis Aguilera
>Santa Isabel, Puerto Rico 00757

>/s/
>Edward Lee Isler, Va. Bar No. 27985
>eisler@islerdare.com
>ISLER DARE RAY RADCLIFFE & CONNOLLY, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>*Attorney for Defendant*